BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>IGNACIO PRECIADO-VEGA,<br> aka Ignacio Vega Preciado,<br><br>           Defendant. | CASE NO. 2:12-CR-0109 GEB<br><br>[PROPOSED] ORDER DISMISSING INDICTMENT |

The government's motion to dismiss the indictment is granted. Fed. R. Crim. P. 48(a). The indictment filed March 14, 2012, is hereby dismissed.

Dated: February 9, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1